G:\WPDATA\LTD\15782#003-Stipulation of Dismissal With Prejudice Lucas, C v. Comcast STD Plan.wpd

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASSANDRA LUCAS,

                Plaintiff,

vs.

COMCAST CORPORATION SHORT-
TERM DISABILITY PLAN,

                Defendant.

Civil Action No. 05-1487

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Cassandra Lucas and the Defendant, Comcast Corporation, by their

respective attorneys, stipulate and agree that pursuant to Rule 41(a)(1)(ii) of the Federal

Rules of Civil Procedure, the complaint and this action are dismissed with prejudice, each

party to bear her or its own attorneys' fees and costs.

Respectfully submitted,

Brian Patrick Bronson Esq.
Quatrini Rafferty Galloway P.C.
Underwood Center
550 East Pittsburgh Street
Greensburg, Pennsylvania 15601
Phone: (724) 837 -0080

David Brier, Esq
Comcast Corporation
1500 Market Street
35th Floor
Philadelphia, PA 19102
Phone: (215) 320-5912

SO ORDERED, this _17th_ day of May, 2006.

Hon. Gary L. Lancaster, U.S. District Judge